# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GINA WILKERSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEE MASON, LAW OFFICES OF LEE MASON, LLC, COMMUNITY ASSOCIATION MANAGEMENT, LLC, and THE CLUB AT IVEY ESTATES, INC.,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-01317-SCJ-WEJ |

## DEFENDANTS LEE MASON, LAW OFFICES OF LEE MASON, LLC, AND COMMUNITY ASOCIATION MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FIRST AMENDED COMPLAINT

COME NOW Defendants Lee Mason, Law Offices of Lee Mason, LLC, and Community Association Management, LLC, and, pursuant to Fed. R. Civ. P. 12(b)(6), move this Court to dismiss the Plaintiff's Complaint and First Amended Complaint, showing the Court as follows:

1)   The Complaint and First Amended Complaint should be dismissed as shotgun pleadings;

1

2)	The Plaintiff failed to state a claim against Defendant Community Association Management, LLC, under Count I because said Defendant is statutorily exempt from the Fair Debt Collection Practices Act;

3)	The Plaintiff failed to state a claim against Defendant Lee Mason under Count II because the Georgia Fair Business Practices Act does not apply to lawyers collecting debts on behalf of clients;

4)	The Plaintiff failed to state a claim against Defendant Law Offices of Lee Mason, LLC, under Count II because the Georgia Fair Business Practices Act does not apply to law firms collecting debts on behalf of clients;

5)	The Plaintiff failed to state a claim against Defendants Lee Mason, Law Offices of Lee Mason, LLC, and Community Association Management, LLC, under Count III because the alleged conduct is not sufficiently extreme or outrageous to support a claim for intentional infliction of emotional distress, and because the distress allegedly inflicted was similarly not sufficiently severe; and

iManage 12676098v.1

6) The Plaintiff failed to state a claim for actual damages because said damages were caused by the Plaintiff's independent litigation decisions.

Respectfully submitted this 28th day of June, 2019.

**HAWKINS PARNELL & YOUNG, LLP**

/s/ Kathryn S. Whitlock
Kathryn S. Whitlock
Georgia Bar No. 756233
Stephen W. Rothring
Georgia Bar No. 640964
*Attorneys for Defendants Lee Mason, Law Offices of Lee Mason, LLC, and Community Association Management, LLC*

303 Peachtree Street, N.E.
Suite 4000
Atlanta, Georgia 30308
T: (404) 614-7400
F: (404) 614-7500
kwhitlock@hpylaw.com
srothring@hpylaw.com

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GINA WILKERSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEE MASON, LAW OFFICES OF LEE MASON, LLC, COMMUNITY ASSOCIATION MANAGEMENT, LLC, and THE CLUB AT IVEY ESTATES, INC.,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-01317-SCJ-WEJ |

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the within and foregoing DEFENDANTS LEE MASON, LAW OFFICES OF LEE MASON, LLC, AND COMMUNITY ASOCIATION MANAGEMENT, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FIRST AMENDED COMPLAINT, with the Clerk of Court using the CM/ECF system which will electronically notify and serve the following counsel of record:

Adam Klein, Esq.: aklein@mattberry.com

John Michael Duffoo, Esq.: john@duffolaw.com

4

This 28th day of June, 2019.

                                            **HAWKINS PARNELL & YOUNG, LLP**

                                            /s/ Kathryn S. Whitlock
                                            Kathryn S. Whitlock
                                            Georgia Bar No. 756233
                                            Stephen W. Rothring
                                            Georgia Bar No. 640964
                                            *Attorneys for Defendants Lee Mason,*
303 Peachtree Street, N.E.            *Law Offices of Lee Mason, LLC, and*
Suite 4000                                    *Community Association Management,*
Atlanta, Georgia 30308               *LLC*
T: (404) 614-7400
F: (404) 614-7500
kwhitlock@hpylaw.com
srothring@hpylaw.com